# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEY KURT HAIRSTON, | NO. EDCV 14-00411-RGK (MAN) |
| Petitioner, | JUDGMENT |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 18, 2014

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE